08CR 327

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 03 GJ 0090 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. KAMLESHWAR GUPTA & KAM ENGINEERING, INC | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

SPECIAL ~~FEBRUARY 2008-2~~ JUNE 2007 LTP

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _____Maria Valdez_____

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO KAMLESHWAR GUPTA. NO BOND SET, DEFENDANT IS A BUSINESS AS TO KAM ENGINEERING.

JUDGE CASTILLO

MAGISTRATE JUDGE DENLOW

FILED
APR 17 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |