# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 327 - 2 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Kam Engineering | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held on 4/30/2008. Defendant appeared, waived formal reading of the indictment, and entered a plea of not guilty. Rule 16.1 conference to be held on or before 5/30/2008. Any pretrial motions should be filed on or before 7/18/2008. The Court will hold a status hearing in open court on 7/23/2008 at 9:30 a.m. From today's date until 7/23/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). (X-E and X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|